504

378 A.2d 1228

COMMONWEALTH of Pennsylvania

v.

William Phillips AFRICA, John Gordon Africa, Greg Howard Africa, and Mike Africa, Appellants.

Supreme Court of Pennsylvania.

Argued March 29, 1976.

Decided Oct. 7, 1977.

William Phillips, in pro per.

John Gordon, in pro per.

Greg Howard, in pro per.

Mike Africa, in pro per.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Gaile R. McLaughlin, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgments of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.